## ROGERS v. ROGERS.

No. 5003.  Opinion Filed May 20, 1913.

(132 Pac. 476.)

DIVORCE—Notice of Appeal—Failure to File. Plaintiff in error having failed to file notice of appeal within ten days in the office of the clerk of the court rendering the judgment granting a divorce, as required by section 5971, Rev. Laws 1910, this court is without jurisdiction to hear and determine a proceeding in error seeking to review such action of the trial court.

(Syllabus by the Court.)

*Error from District Court, Muskogee County;*
*R. C. Allen, Judge.*

Action by Della Rogers against Robert H. Rogers. Judgment for plaintiff, and defendant brings error.  Dismissed.

*Brook & Brook,* for plaintiff in error.
*Harry G. Davis,* for defendant in error.

WILLIAMS, J.  This proceeding in error was commenced to review the action of the trial court in granting a divorce in favor of the defendant in error in an action wherein the defendant in error was plaintiff and the plaintiff in error was defendant.  The defendant in error has moved to dismiss this proceeding in error on the ground that the plaintiff in error failed to file in the clerk's office of the trial court within ten days after the trial a written notice stating that it was his intention to appeal from said judgment.

· Unless such notice be filed the action of the trial court in granting the divorce cannot be reviewed by proceeding in error. *La Due v. La Due,* 23 Okla. 323, 100 Pac. 513; *Orcutt v. Orcutt,* 25 Okla. 855, 108 Pac. 373. This requirement is mandatory, and must be complied with in order for this court to acquire jurisdiction in a proceeding in error to review the same.

The proceeding in error is therefore dismissed.

All the Justices concur.